# EXHIBIT A

# U.S. Patent No. 10,201,753

1. A gaming machine comprising:

    a touch panel that accepts inputs indicating a plurality of points from a player;

    a positional information certifying unit that outputs positional information based on the inputs indicating the plurality of points accepted by the touch panel;

    a sign information generating unit that generates sign information which is drawn based on the positional information depending on the plurality of points, outputted from the positional information certifying unit;

    a sign data storage device that stores a plurality of sign data which are correlated with a plurality of predetermined gaming processes, respectively;

    a comparing and discriminating unit that makes comparison between the sign information, generated by the sign information generating unit, and the sign data, stored in the sign data storage device, and discriminates whether or not the sign information and the sign data are correlated with each other; and

    a gaming processing unit that executes a predetermined gaming process, correlated with the correlated sign data among the plurality of predetermined gaming processes, according to the sign information which is drawn by sequentially connecting the plurality of points, under a condition where the comparing and discriminating unit discriminates that the sign information and the sign data are correlated with each other,

    wherein when the plurality of points are sequentially connected, a path between two adjacent points among the sequentially connected points is not inputted by the player, and

    wherein the comparing and discriminating unit discriminates whether or not the sign information and the sign data are correlated with each other by comparing specific points among the plurality of points with specific points of the sign data.

# U.S. Patent No. 10,201,753

1. A gaming machine comprising:

    a touch panel that accepts inputs indicating a plurality of points from a player;

    a positional information certifying unit that outputs positional information based on the inputs indicating the plurality of points accepted by the touch panel;

    a sign information generating unit that generates sign information which is drawn based on the positional information depending on the plurality of points, outputted from the positional information certifying unit;

    a sign data storage device that stores a plurality of sign data which are correlated with a plurality of predetermined gaming processes, respectively;

    a comparing and discriminating unit that makes comparison between the sign information, generated by the sign information generating unit, and the sign data, stored in the sign data storage device, and discriminates whether or not the sign information and the sign data are correlated with each other; and

    a gaming processing unit that executes a predetermined gaming process, correlated with the correlated sign data among the plurality of predetermined gaming processes, according to the sign information which is drawn by sequentially connecting the plurality of points, under a condition where the comparing and discriminating unit discriminates that the sign information and the sign data are correlated with each other,

    wherein when the plurality of points are sequentially connected, a path between two adjacent points among the sequentially connected points is not inputted by the player, and

    wherein the comparing and discriminating unit discriminates whether or not the sign information and the sign data are correlated with each other by comparing specific points among the plurality of points with specific points of the sign data.

| **Claim 1** | **Evidence of Use** |
|---|---|
| 1. A gaming machine comprising:<br><br>a touch panel that accepts <span style="color:red">inputs indicating a plurality of points</span> from a player; | A smartphone or tablet with DragonBox Numbers includes a touch panel configured to accept inputs indicating a plurality of points. In the example below, the touch panel accepts from a player inputs indicating a plurality of points in the shape of the number five.<br><br>Source: https://www.youtube.com/watch?v=4AtHa4EXMgM |

# U.S. Patent No. 10,201,753

1. A gaming machine comprising:

    a touch panel that accepts inputs indicating a plurality of points from a player;

    a positional information certifying unit that outputs positional information based on the inputs indicating the plurality of points accepted by the touch panel;

    a sign information generating unit that generates sign information which is drawn based on the positional information depending on the plurality of points, outputted from the positional information certifying unit;

    a sign data storage device that stores a plurality of sign data which are correlated with a plurality of predetermined gaming processes, respectively;

    a comparing and discriminating unit that makes comparison between the sign information, generated by the sign information generating unit, and the sign data, stored in the sign data storage device, and discriminates whether or not the sign information and the sign data are correlated with each other; and

    a gaming processing unit that executes a predetermined gaming process, correlated with the correlated sign data among the plurality of predetermined gaming processes, according to the sign information which is drawn by sequentially connecting the plurality of points, under a condition where the comparing and discriminating unit discriminates that the sign information and the sign data are correlated with each other,

    wherein when the plurality of points are sequentially connected, a path between two adjacent points among the sequentially connected points is not inputted by the player, and

    wherein the comparing and discriminating unit discriminates whether or not the sign information and the sign data are correlated with each other by comparing specific points among the plurality of points with specific points of the sign data.

| Claim 1 | Evidence of Use |
|---|---|
| a positional information certifying unit that outputs positional information based on the inputs indicating the plurality of points accepted by the touch panel; | A smartphone or tablet with DragonBox Numbers includes hardware and software configured to determine touch inputs on the smartphone/tablet touch panel and output positional information based on the inputs (i.e., a positional information certifying unit). In the example below, the smartphone's/tablet's positional information certifying unit outputs positional information indicating the plurality of points drawn by the player on the touch panel to form the number 5.<br><br>Source: https://www.youtube.com/watch?v=4AtHa4EXMgM |

# U.S. Patent No. 10,201,753

1. A gaming machine comprising:

    a touch panel that accepts inputs indicating a plurality of points from a player;

    a positional information certifying unit that outputs positional information based on the inputs indicating the plurality of points accepted by the touch panel;

    **a sign information generating unit that generates sign information which is drawn based on the positional information depending on the plurality of points, outputted from the positional information certifying unit;**

    a sign data storage device that stores a plurality of sign data which are correlated with a plurality of predetermined gaming processes, respectively;

    a comparing and discriminating unit that makes comparison between the sign information, generated by the sign information generating unit, and the sign data, stored in the sign data storage device, and discriminates whether or not the sign information and the sign data are correlated with each other; and

    a gaming processing unit that executes a predetermined gaming process, correlated with the correlated sign data among the plurality of predetermined gaming processes, according to the sign information which is drawn by sequentially connecting the plurality of points, under a condition where the comparing and discriminating unit discriminates that the sign information and the sign data are correlated with each other,

    wherein when the plurality of points are sequentially connected, a path between two adjacent points among the sequentially connected points is not inputted by the player, and

    wherein the comparing and discriminating unit discriminates whether or not the sign information and the sign data are correlated with each other by comparing specific points among the plurality of points with specific points of the sign data.

| Claim 1 | Evidence of Use |
|---|---|
| a sign information generating unit that generates sign information which is drawn based on the positional information depending on the plurality of points, outputted from the positional information certifying unit; | A smartphone or tablet with DragonBox Numbers includes hardware and software configured to generate information indicative of a sign (shape or gesture) drawn on the touch panel of the smartphone/tablet based on the positional information determined from a plurality of points drawn by a user.  In the example below, the smartphone/tablet generates information indicative of the number five (a "sign") and displays the drawn number on the touch panel of the smartphone/tablet. |

# U.S. Patent No. 10,201,753

1. A gaming machine comprising:

    a touch panel that accepts inputs indicating a plurality of points from a player;

    a positional information certifying unit that outputs positional information based on the inputs indicating the plurality of points accepted by the touch panel;

    a sign information generating unit that generates sign information which is drawn based on the positional information depending on the plurality of points, outputted from the positional information certifying unit;

    **a sign data storage device that stores a plurality of sign data which are correlated with a plurality of predetermined gaming processes, respectively;**

    a comparing and discriminating unit that makes comparison between the sign information, generated by the sign information generating unit, and the sign data, stored in the sign data storage device, and discriminates whether or not the sign information and the sign data are correlated with each other; and

    a gaming processing unit that executes a predetermined gaming process, correlated with the correlated sign data among the plurality of predetermined gaming processes, according to the sign information which is drawn by sequentially connecting the plurality of points, under a condition where the comparing and discriminating unit discriminates that the sign information and the sign data are correlated with each other,

    wherein when the plurality of points are sequentially connected, a path between two adjacent points among the sequentially connected points is not inputted by the player, and

    wherein the comparing and discriminating unit discriminates whether or not the sign information and the sign data are correlated with each other by comparing specific points among the plurality of points with specific points of the sign data.

| Claim 1 | Evidence of Use |
|---|---|
| a sign data storage device that stores a plurality of sign data which are correlated with a plurality of predetermined gaming processes, respectively; | A smartphone or tablet with DragonBox Numbers includes memory for storing code for DragonBox Numbers and related data, including data corresponding to information indicative of signs (e.g., shapes or gestures) which are correlated with predetermined gaming processes. In the examples below, sign data is correlated with an animation and partial solution to the game board (a predetermined gaming process); different sign data is applicable based on what sign data the game desires the user to reproduce. In the example below, the data corresponding to the "2" shape is correlated with the predetermined game process wherein an orange animation is performed, star animations are performed, and two bars of the puzzle are automatically solved. |

# U.S. Patent No. 10,201,753

1. A gaming machine comprising:

    a touch panel that accepts inputs indicating a plurality of points from a player;

    a positional information certifying unit that outputs positional information based on the inputs indicating the plurality of points accepted by the touch panel;

    a sign information generating unit that generates sign information which is drawn based on the positional information depending on the plurality of points, outputted from the positional information certifying unit;

    a sign data storage device that stores a plurality of sign data which are correlated with a plurality of predetermined gaming processes, respectively;

    **a comparing and discriminating unit that makes comparison between the sign information, generated by the sign information generating unit, and the sign data, stored in the sign data storage device, and discriminates whether or not the sign information and the sign data are correlated with each other; and**

    a gaming processing unit that executes a predetermined gaming process, correlated with the correlated sign data among the plurality of predetermined gaming processes, according to the sign information which is drawn by sequentially connecting the plurality of points, under a condition where the comparing and discriminating unit discriminates that the sign information and the sign data are correlated with each other,

    wherein when the plurality of points are sequentially connected, a path between two adjacent points among the sequentially connected points is not inputted by the player, and

    wherein the comparing and discriminating unit discriminates whether or not the sign information and the sign data are correlated with each other by comparing specific points among the plurality of points with specific points of the sign data.

| Claim 1 | Evidence of Use |
|---|---|
| a comparing and discriminating unit that makes comparison between the sign information, generated by the sign information generating unit, and the sign data, stored in the sign data storage device, and discriminates whether or not the sign information and the sign data are correlated with each other; and | A smartphone or tablet with DragonBox Numbers includes hardware and software configured to compare sign information (information corresponding to a shape or gesture input by a player) and sign data (data corresponding to information indicative of shapes or gestures stored in memory) in order to discriminate whether or not the sign information and the sign data are correlated with each other. In the examples below, the comparing and discriminating unit determined that the sign data and sign information were correlated causing a predetermined gaming process to execute.<br><br> |

11

# U.S. Patent No. 10,201,753

1. A gaming machine comprising:

    a touch panel that accepts inputs indicating a plurality of points from a player;

    a positional information certifying unit that outputs positional information based on the inputs indicating the plurality of points accepted by the touch panel;

    a sign information generating unit that generates sign information which is drawn based on the positional information depending on the plurality of points, outputted from the positional information certifying unit;

    a sign data storage device that stores a plurality of sign data which are correlated with a plurality of predetermined gaming processes, respectively;

    a comparing and discriminating unit that makes comparison between the sign information, generated by the sign information generating unit, and the sign data, stored in the sign data storage device, and discriminates whether or not the sign information and the sign data are correlated with each other; and

    **a gaming processing unit that executes a predetermined gaming process, correlated with the correlated sign data among the plurality of predetermined gaming processes, according to the sign information which is drawn by sequentially connecting the plurality of points, under a condition where the comparing and discriminating unit discriminates that the sign information and the sign data are correlated with each other,**

    wherein when the plurality of points are sequentially connected, a path between two adjacent points among the sequentially connected points is not inputted by the player, and

    wherein the comparing and discriminating unit discriminates whether or not the sign information and the sign data are correlated with each other by comparing specific points among the plurality of points with specific points of the sign data.

| **Claim 1** | **Evidence of Use** |
|---|---|
| a gaming processing unit that executes a predetermined gaming process, correlated with the correlated sign data among the plurality of predetermined gaming processes, according to the sign information which is drawn by sequentially connecting the plurality of points, under a condition where the comparing and discriminating unit discriminates that the sign information and the sign data are correlated with each other, | When the comparing and discriminating unit discriminates that sign information (information indicative of a sign (shape or gesture) drawn on a touch pad, illustrated by the solid numbers in the examples below) and sign data (data indicative of a sign (shape or gesture) stored in memory), illustrated by the dotted numbers in the examples below) are correlated with each other, a gaming processing unit executes a predetermined gaming process that is correlated with sign data. In the examples below, the game executes a predetermined gaming process wherein an animation of a specific color is performed, star animations are performed, and bars of the puzzle are automatically solved.<br><br> |

# U.S. Patent No. 10,201,753

1. A gaming machine comprising:

    a touch panel that accepts inputs indicating a plurality of points from a player;

    a positional information certifying unit that outputs positional information based on the inputs indicating the plurality of points accepted by the touch panel;

    a sign information generating unit that generates sign information which is drawn based on the positional information depending on the plurality of points, outputted from the positional information certifying unit;

    a sign data storage device that stores a plurality of sign data which are correlated with a plurality of predetermined gaming processes, respectively;

    a comparing and discriminating unit that makes comparison between the sign information, generated by the sign information generating unit, and the sign data, stored in the sign data storage device, and discriminates whether or not the sign information and the sign data are correlated with each other; and

    a gaming processing unit that executes a predetermined gaming process, correlated with the correlated sign data among the plurality of predetermined gaming processes, according to the sign information which is drawn by sequentially connecting the plurality of points, under a condition where the comparing and discriminating unit discriminates that the sign information and the sign data are correlated with each other,

    **wherein when the plurality of points are sequentially connected, a path between two adjacent points among the sequentially connected points is not inputted by the player, and**

    wherein the comparing and discriminating unit discriminates whether or not the sign information and the sign data are correlated with each other by comparing specific points among the plurality of points with specific points of the sign data.

| **Claim 1** | **Evidence of Use** |
|---|---|
| wherein when the plurality of points are sequentially connected, a path between two adjacent points among the sequentially connected points is not inputted by the player, and | A path between two adjacent points among the sequentially connected points need not be inputted by the player. |

15

# U.S. Patent No. 10,201,753

1. A gaming machine comprising:

    a touch panel that accepts inputs indicating a plurality of points from a player;

    a positional information certifying unit that outputs positional information based on the inputs indicating the plurality of points accepted by the touch panel;

    a sign information generating unit that generates sign information which is drawn based on the positional information depending on the plurality of points, outputted from the positional information certifying unit;

    a sign data storage device that stores a plurality of sign data which are correlated with a plurality of predetermined gaming processes, respectively;

    a comparing and discriminating unit that makes comparison between the sign information, generated by the sign information generating unit, and the sign data, stored in the sign data storage device, and discriminates whether or not the sign information and the sign data are correlated with each other; and

    a gaming processing unit that executes a predetermined gaming process, correlated with the correlated sign data among the plurality of predetermined gaming processes, according to the sign information which is drawn by sequentially connecting the plurality of points, under a condition where the comparing and discriminating unit discriminates that the sign information and the sign data are correlated with each other,

    wherein when the plurality of points are sequentially connected, a path between two adjacent points among the sequentially connected points is not inputted by the player, and

    wherein the comparing and discriminating unit discriminates whether or not the sign information and the sign data are correlated with each other by comparing specific points among the plurality of points with specific points of the sign data.

| Claim 1 | Evidence of Use |
|---|---|
| wherein the comparing and discriminating unit discriminates whether or not the sign information and the sign data are correlated with each other by comparing specific points among the plurality of points with specific points of the sign data. | The comparing and discriminating unit discriminates whether the sign information (information generated based on user input) and the sign data (data stored in memory) are correlated with each other by comparing specific points among the plurality of points with specific points of the sign data. In the examples below, the comparing and discriminating unit compares coordinates from the sign (shape or gesture) drawn by a player with coordinates from the sign data (information indicative of a sign stored in memory).<br> |